IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

01 JUL -3 PM 1:49

| | |
|---|---|
| RANDALL JOSHUA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 01-N-0905-E |
| ) | |
| NEIL BRIENER, REHABILITATION, ) | |
| COUNSELOR, ) | |
| ) | |
| Defendant. ) | |

ENTERED
JUL 0 3 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 30, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim for which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 2nd day of July, 2001.

EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE